HANSON BRIDGETT LLP
JOHN T. CU, SBN 207402
jcu@hansonbridgett.com
MEGAN OLIVER THOMPSON, SBN 256654
moliverthompson@hanosonbridgett.com
GEOFFREY R. PITTMAN, SBN 253876
gpittman@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
ETOURANDTRAVEL, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ONDRA MBAZOMO, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ETOURANDTRAVEL, INC.,<br><br>Defendant. | Case No. 2:16-CV-02229-SB<br><br>**STIPULATION EXTENDING DEADLINE TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 144, Plaintiff Ondra Mbazomo and Defendant ETourandTravel, Inc., by and through their respective attorneys, hereby stipulate that Defendant shall have to and including November 9, 2016 to respond to the Complaint. There have been no prior extensions of time granted to Defendant to respond to the Complaint in this case. This stipulation is signed on behalf of all parties who are affected by this stipulation.

///

///

```
1    DATED: October 12, 2016              HANSON BRIDGETT LLP
2
3
                                          By: /s/ Megan Oliver Thompson
4                                             MEGAN OLIVER THOMPSON
                                              Attorneys for Defendant
5                                             ETOURANDTRAVEL, INC.
6
7    DATED: October 12, 2016              BURSOR & FISHER, P.A.
8
9                                         By:  /s/ Joel Dashiell Smith
                                              JOEL DASHIELL SMITH
10                                            Bursor & Fisher, P.A.
                                              1990 North California Blvd., Suite 940
11                                            Walnut Creek, CA 95646
                                              Tel.: (925) 300-4455
12                                            Fax.: (925) 407-2700
                                              jsmith@bursor.com
13                                            Attorneys for Plaintiff
                                              ONDRA MBAZOMO
14
```

-2-
STIPULATION EXTENDING DEADLINE TO RESPOND TO COMPLAINT

12762331.1