**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
         jsmith@bursor.com
         ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONDRA MBAZOMO, on Behalf of Herself and all Others Similarly Situated,<br><br>                    Plaintiff,<br>     v.<br><br>ETOURANDTRAVEL, INC.,<br><br>                    Defendant. | Case No.  2:16-CV-02229-SB<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO COMPEL**<br><br>Date:   April 19, 2017<br>Time:  6:30 p.m.<br>Courtroom:  TBD<br><br>Hon. Stanley A. Bastian |

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that Plaintiff respectfully requests that the Court take judicial

3   notice of the documents and matters set forth below pursuant to Federal Rule of Evidence 201.

4   Rule 201 permits courts to take judicial notice of facts that "can be accurately and readily

5   determined from sources whose accuracy cannot reasonably be questioned." FED. R. CIV. PROC.

6   201(b)(2). Under Rule 201, a court may take judicial notice of court records, including briefs and

7   orders. *See Holder v. Holder*, 305 F.3d 854, 867 (9th Cir. 2002) ("We take judicial notice of the

8   California Court of Appeal opinion and the briefs filed in that proceeding and in the trial court");

9   *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) ("a court may take judicial notice of

10  'matters of public record'"); *Delano Farms Co. v. Cal. Table Grape Com'n*, 623 F. Supp. 2d 1144,

11  1156 (E.D. Cal. 2009) (taking judicial notice of the existence of briefs filed in other district courts).

12  Accordingly, Plaintiffs respectfully ask that the Court take judicial notice of

13  the following documents, which are attached as Exhibits 11 and 12 of the Declaration of Joel D.

14  Smith in Support of the Joint Statement re Discovery Dispute:

15  **Exhibit 11**: March 26, 2014 Order granting in part the plaintiff's motion to compel in

16  *Gonzalez v. Etourandtravel, Inc. et al.*, M.D. Fla. Case No. 6:13-cv-827.

17  **Exhibit 12**: Motion to compel in *Gonzalez v. Etourandtravel, Inc. et al.*, M.D. Fla. Case

18  No. 6:13-cv-827. Plaintiff seeks judicial notice of this document solely for the purpose of

19  demonstrating that several of the discovery requests at issue in the instant matter are very similar to

20  discovery requests that were the subject of the motion to compel in the *Gonzalez* matter.

21  Dated:  April 12, 2017

22  **BURSOR & FISHER, P.A.**

23  By:   */s/ Joel D. Smith*
24         Joel D. Smith

25  L. Timothy Fisher (State Bar No. 191626)
    Joel D. Smith (State Bar No. 244902)
26  Yeremey O. Krivoshey (State Bar No.295032)
    1990 North California Blvd., Suite 940
27  Walnut Creek, CA  94596
    Telephone: (925) 300-4455
28

REQUEST FOR JUDICIAL NOTICE; CASE NO. 2:16-CV-2229-SB                                                1

Email: ltfisher@bursor.com
jsmith@bursor.com
ykrivoshey@bursor.com