**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
        jsmith@bursor.com
        ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONDRA MBAZOMO, on Behalf of Herself and all Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>ETOURANDTRAVEL, INC.,<br><br>　　　　　　　　Defendant. | Case No.  2:16-CV-02229-SB<br><br>**REQUEST FOR LEAVE TO FILE RESPONSE TO DECLARATION OF ADAM BRANNON IN SUPPORT OF DEFENDANT'S POSITION IN JOINT STATEMENT RE DISCOVERY DISAGREEMENT**<br><br>Date:  April 19, 2017<br>Time:  6:30 p.m.<br>Courtroom: TBD<br><br>Hon. Stanley A. Bastian |

On April 12, 2017, the parties filed their Joint Statement re Discovery Disagreement, with supporting declarations and exhibits. (Doc. No. 22.) Two days later, Defendant filed a supporting Declaration of Adam Brannon, which contains new factual arguments that Defendant never disclosed before. (Doc. No. 24). Local Rule 251(c)(3) does not permit parties to file separate materials and requires "all arguments and briefing" to be included with the Joint Statement. By disclosing and asserting new factual arguments after the parties filed the Joint Statement, Defendant: (1) violated that rule; and (2) deprived Plaintiff of an opportunity to respond.

The Court should grant Plaintiff's Motion to Compel regardless of the Brannon Declaration for the reasons stated in Plaintiff's portions of the Joint Statement.[1] If the Court takes the Brannon Declaration into consideration, however, Plaintiff respectfully requests leave to file a rebuttal declaration from her expert witness, who will provide further facts regarding the reporting capabilities of Defendants' dialing systems, and rebut statements by Mr. Brannon concerning the purported burden of producing the requested records.

Dated:  April 17, 2017

                                             **BURSOR & FISHER, P.A.**

                                             By:     */s/ Joel D. Smith*
                                                               Joel D. Smith

                                             L. Timothy Fisher (State Bar No. 191626)
                                             Joel D. Smith (State Bar No. 244902)
                                             Yeremey O. Krivoshey (State Bar No.295032)
                                             1990 North California Blvd., Suite 940
                                             Walnut Creek, CA  94596
                                             Telephone: (925) 300-4455
                                             Email:  ltfisher@bursor.com
                                                              jsmith@bursor.com
                                                              ykrivoshey@bursor.com

---

[1] The Brannon Declaration does not address Defendant's waiver of its burden objections; or the fact that Defendant's position about bifurcation is contrary to the position it took in the parties' Rule 26(f) Report; or that the documents discussed in the Brannon Declaration are identified in Defendant's initial disclosures; or that the *Gonzalez* court granted a motion to compel based on similar requests at issue here; or that Defendant has refused to produce any email in this case, and rejected efforts to compromise on that issue. *See* Joint Stmt., at 11:2-26; 16:4-18:26; 27:9-28:10; 31:2-32:8 (Doc. No. 22).