**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
          jsmith@bursor.com
          ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONDRA MBAZOMO, on Behalf of Herself and all Others Similarly Situated,<br><br>  Plaintiff,<br>v.<br><br>ETOURANDTRAVEL, INC.,<br><br>  Defendant. | Case No.  2:16-CV-02229-SB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING:**<br><br>**(1) EXTENDING THE DEADLINE FOR CLASS DISCOVERY AND PLAINTIFF'S MOTION FOR CLASS CERTIFICATION; AND**<br><br>**(2) RESOLUTION OF "CONTESTED ISSUE NO. 8" IN PENDING MOTION TO COMPEL**<br><br>**[L.R. 143]** |

Pursuant to Local Rule 143, Plaintiff Ondra Mbazomo and Defendant Etourandtravel, Inc., through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, under the Court's January 24, 2017 Scheduling Order (Doc. No. 17), class discovery is to be completed by July 7, 2017, and Plaintiff's motion for class certification is due July 14, 2017;

WHEREAS, on March 28, 2017, Plaintiff filed a motion to compel documents and information that, in Plaintiff's view, are relevant to her anticipated motion for class certification; and necessary to depose Defendant's 30(b)(6) and individual witnesses concerning class certification issues ("Motion to Compel," Dkt. No. 20);

WHEREAS, as of the date of this Stipulation, the Court has not yet ruled on Plaintiff's Motion to Compel;

WHEREAS, if the Court grants the pending Motion to Compel, Plaintiff needs adequate time to obtain and analyze compelled documents or information before (a) deposing Defendant's witnesses, (b) serving follow-up discovery if needed, and (c) filing her motion to certify a class;

WHEREAS, Plaintiff's Motion to Compel also seeks documents directed at the merits issue of whether Defendant used an Automatic Telephone Dialing System ("ATDS") within the meaning of the Telephone Consumer Protection Act ("TCPA") ("ATDS issue"), and Plaintiff separately served an Amended Notice of 30(b)(6) Deposition to obtain testimony on that topic;

WHEREAS, Defendant is evaluating whether to stipulate that it used an ATDS; and Plaintiff is willing to defer discovery on that issue until resolution of her motion for class certification;

WHEREAS, deferring discovery on the ATDS issue would eliminate the immediate need for the Court to resolve "Contested Issue No. 8" in the Parties' Joint Statement re Discovery Disagreement, filed in connection with the Motion to Compel (Dkt. No. 22).

NOW THEREFORE, the parties stipulate as follows:

1. The deadline to complete discovery related to class certification is extended from July 7, 2017 to **September 15, 2017**;

2. The deadline to file Plaintiff's motion for class certification is extended from July 14, 2017 to **September 22, 2017**;

3. The parties will defer all discovery on the ATDS issue (which currently consists of Plaintiff's Document Request Nos. 4-6 and Topic Nos. 17-22 of the Amended Notice of 30(b)(6) Deposition) until after resolution of Plaintiff's motion for class certification. At such time, the parties will meet and confer to set a deadline to produce documents responsive Plaintiff's Document Request Nos. 4-6, and to schedule a second 30(b)(6) deposition addressing the ATDS issue, unless the issue is resolved by stipulation;

4. <u>Contested Issue No. 8</u> in the Parties' Joint Statement re Discovery Disagreement (Dkt. No. 22), concerning Plaintiff's Document Request Nos. 4-6, is provisionally resolved. If necessary, Plaintiff may renew her motion to compel responsive documents after resolution of her anticipated motion for class certification;

5. Defendant will not argue that the ATDS issue precludes certification of a class;

Date:  May 15, 2017         **BURSOR & FISHER, P.A.**

By:  _/s/ Joel D. Smith_
         Joel D. Smith

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No.295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Email:  ltfisher@bursor.com
            jsmith@bursor.com
            ykrivoshey@bursor.com

*Attorneys for Plaintiff*

Date:  May 15, 2017         **HANSON BRIDGETT LLP**

By:  _/s/ Megan Oliver Thompson_
         Megan Oliver Thompson

| | |
|---|---|
| 1 | John T. Cu (State Bar No. 207402) |
| 2 | Megan Oliver Thompson (State Bar No. 256654) |
|   | Geoffrey R. Pittman (State Bar No. 253876) |
| 3 | 425 Market St., 26th Floor |
| 4 | San Francisco, CA 94105 |
|   | Telephone:  (415) 777-3200 |
| 5 | Email:  jcu@hansonbridgett.com |
|   |        moliverthompson@hansonbridgett.com |
| 6 |        gpittman@hansonbridgett.com |

*Attorneys for Defendant*

# [PROPOSED] ORDER

**IT IS SO ORDERED**

Dated: _____

_____
Hon. Stanley A. Bastian
United States District Judge