**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
         jsmith@bursor.com
         ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONDRA MBAZOMO, on Behalf of Herself and all Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>ETOURANDTRAVEL, INC.,<br><br>Defendant. | Case No. 2:16-CV-02229-SB<br><br>**PLAINTIFF'S SECOND NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date: July 10, 2017<br>Time: 6:30 p.m.<br>Courtroom: TBD<br><br>Hon. Stanley A. Bastian |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that on July 10, 2017, at 6:30 p.m., Plaintiff Ondra Mbazomo |
| 2 | ("Plaintiff"), will move this Court pursuant to Federal Rule of Civil Procedure 37(a)(3)(B)(iii) and |
| 3 | (iv) and Civil Local Rule 251 for an order compelling Defendant Etourandtravel, Inc. to produce |
| 4 | documents in response to Plaintiff's Requests for Production of Documents Nos. 46 and 47. |

PLEASE TAKE NOTICE that on July 10, 2017, at 6:30 p.m., Plaintiff Ondra Mbazomo ("Plaintiff"), will move this Court pursuant to Federal Rule of Civil Procedure 37(a)(3)(B)(iii) and (iv) and Civil Local Rule 251 for an order compelling Defendant Etourandtravel, Inc. to produce documents in response to Plaintiff's Requests for Production of Documents Nos. 46 and 47.

Plaintiff seeks an order from the Court because Defendant has failed to produce responsive documents that it agreed to produce in April 28, 2017, and has repeatedly failed to say when, if ever, it will produce them. This motion is based upon this notice, the forthcoming Joint Statement re Discovery Disagreement, the pleadings and documents contained in the Court's file on this matter, and on such other further oral and documentary evidence as may be presented at the time. Pursuant to Local Rule 251(a), Plaintiff will file a Joint Statement at least seven days before the scheduled hearing date.

The parties have met and conferred as required by Civil Local Rule 251(b) and will set forth their differences and the bases therefor in a Joint Statement re Discovery Disagreement. Pursuant to Local Rule 251(b), the parties conferred by email June 6, 2017, and telephonically on May 4, June 7, June 9, June 14 and June 16.

Dated: June 19, 2017

**BURSOR & FISHER, P.A.**

By: */s/ Joel D. Smith*
     Joel D. Smith

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No.295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Email: ltfisher@bursor.com
       jsmith@bursor.com
       ykrivoshey@bursor.com

*Attorneys for Plaintiff*