**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
       jsmith@bursor.com
       ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONDRA MBAZOMO, on Behalf of Herself and all Others Similarly Situated,<br><br>                Plaintiff,<br>v.<br><br>ETOURANDTRAVEL, INC.,<br><br>                Defendant. | Case No. 2:16-CV-02229-SB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING AND HEARING ON PENDING MOTION TO COMPEL AND MOTION FOR SANCTIONS (DOC. NOS. 32-33)**<br><br>**[L.R. 143]** |

Pursuant to Local Rule 143, Plaintiff Ondra Mbazomo and Defendant Etourandtravel, Inc., through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on June 19, 2017, Plaintiff filed her second motion to compel, pursuant to which the parties' Joint Statement re: Discovery Dispute is due July 3, 2017, and the hearing is set for July 10, 2017 (Doc. No. 32);

WHEREAS, on June 20, 2017, Plaintiff filed her motion for sanctions related to the Court's May 30, 2017 Order on Plaintiff's first motion to compel, pursuant to which Defendant's Opposition is due July 3, 2017, Plaintiff's reply is due July 5, 2017, and the hearing is set for July 10, 2017 (Doc. No. 33);

WHEREAS, the parties have reached a settlement in principle, subject to execution of a mutually agreeable written settlement agreement, which if executed will eliminate the need for the Court to resolve the pending motion to compel and motion for sanctions;

WHEREAS, barring unforeseen circumstances, the parties anticipate executing a final agreement within the next 7-12 days;

NOW THEREFORE, the parties stipulate as follows:

1. In order to provide the parties time to memorialize the settlement, the parties agree to continue the current briefing and hearing schedule as follows:
    a. The hearing on both of the pending motions is reset for July 21, 2017, or as soon thereafter as may be heard by the Court;
    b. With respect to the pending second motion to compel (Doc. No. 32), the parties will file their Joint Statement re Discovery Dispute, if at all, on July 14, 2017;
    c. With respect to the pending motion for sanctions (Doc. No. 33), Defendant will file its opposition, if at all, on July 14, 2017, and Plaintiff will file her reply, if at all, on July 17, 2017.
2. Upon execution of a settlement agreement, Plaintiff will file a notice of settlement and withdrawal of the pending motions.

**BURSOR & FISHER, P.A.**

By:  */s/ Joel D. Smith*
     Joel D. Smith

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No.295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Email: ltfisher@bursor.com
       apersinger@bursor.com
       ykrivoshey@bursor.com

*Attorneys for Plaintiff*

**HANSON BRIDGETT LLP**

By:  */s/ Megan Oliver Thompson*
     Megan Oliver Thompson

John T. Cu (State Bar No. 207402)
Megan Oliver Thompson (State Bar No. 256654)
Geoffrey R. Pittman (State Bar No. 253876)
425 Market St., 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Email: jcu@hansonbridgett.com
       moliverthompson@hansonbridgett.com
       gpittman@hansonbridgett.com

*Attorneys for Defendant*

# [PROPOSED] ORDER

**IT IS SO ORDERED**

Dated: _____         _____
                                   Hon. Stanley A. Bastian
                                   United States District Judge