# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# AT SACRAMENTO

| | |
|---|---|
| ONDRA MBAZOMO, on Behalf of Herself and all Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ETOURANDTRAVEL, INC.,<br><br>    Defendant. | No. 2:16-cv-02229-SB<br><br>**ORDER ENTERING STIPULATION CONTINUING BRIEFING AND HEARING** |

Before the Court is the parties' Stipulation Continuing Briefing and Hearing on Pending Motion to Compel and Motion for Sanctions, ECF No. 34. Plaintiff filed a second motion to compel on June 19, 2017, ECF No. 32. The Joint Statement is due July 3, 2017 and a hearing is set for July 10, 2017. A similar timeline governs Plaintiff's pending motion for sanctions, ECF No. 33.

The parties jointly attest that a settlement in principle has been reached in this case. The settlement would render the pending motions moot. The settlement should be completed in one or two weeks, and a continuance is needed so that the pending motions do not interfere with the settlement. The Court finds good cause to continue the hearings and deadlines as agreed.

//

//

**ORDER GRANTING STIPULATION CONTINUING BRIEFING . . . ^ 1**

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The parties' Stipulation Continuing Briefing and Hearing on Pending Motion to Compel and Motion for Sanctions, ECF No. 34, is **GRANTED** and **ENTERED** into the record.

2. The hearing date for the pending Motion to Compel, ECF No. 32, and the pending Motion for Sanctions, ECF No. 33, is **RESET** for **July 21, 2017**.

3. The Joint Statement for the Motion to Compel shall be filed by **July 14, 2017**.

4. With respect to the pending motion for sanctions, ECF. No. 33, Defendant will file its opposition, if at all, on **July 14, 2017**, and Plaintiff will file her reply, if at all, on **July 17, 2017**.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 5th day of July, 2017.

*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATION CONTINUING BRIEFING . . . ^ 2**