**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
        jsmith@bursor.com
        ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONDRA MBAZOMO, on Behalf of Herself and all Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>ETOURANDTRAVEL, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.  2:16-CV-02229-SB<br><br>**NOTICE OF SETTLEMENT AND WITHDRAWAL OF PENDING MOTIONS** |

1 PLEASE TAKE NOTICE THAT:

2 Plaintiff Ondra Mbazomo and Defendant Etourandtravel, Inc. have settled this matter on an individual basis.  Plaintiff anticipates that, upon the satisfactory completion of specified terms, a stipulation of voluntary dismissal with prejudice will be filed within 21 days (August 4, 2017).  If additional time is necessary, Plaintiff will ask the Court for relief from Local Rule 160.

PLEASE TAKE FURTHER NOTICE THAT:

Plaintiff hereby withdraws her pending second motion to compel (Doc. No. 32) and pending motion for sanctions (Doc. No. 33).

Dated:  July 14, 2017         Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Joel D. Smith*
         Joel D. Smith

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Email:  ltfisher@bursor.com
            jsmith@bursor.com
            ykrivoshey@bursor.com

*Attorneys for Plaintiff*

NOTICE OF SETTLEMENT AND WITHDRAWAL OF PENDING MOTIONS       1
CASE NO.  2:16-CV-02229-SB