UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONDRA MBAZOMO, on Behalf of Herself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ETOURANDTRAVEL, INC.,<br><br>    Defendant. | No. 2:16-cv-02229-SB<br><br>**ORDER** |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

**IT IS ORDERED** that by **August 4, 2017** the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

**IT IS FURTHER ORDERED** that all pretrial and motions deadlines are **STRUCK** and all pending motions are **DENIED** as moot.

//
//
//
//
//
//
//
//

**ORDER ^** 1

1 | **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2 | file this Order, provide copies to counsel.
3 | **DATED** this 1st day of August, 2017.

*[signature]*

Stanley A. Bastian
United States District Judge

**ORDER ^ 2**