UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ONDRA MBAZOMO, on Behalf of Herself and All Others Similarly Situated, | No. 2:16-cv-02229-SB |
|---|---|
| Plaintiff, | |
| v. | **ORDER ACCEPTING STIPULATION AND CLOSING CASE** |
| ETOURANDTRAVEL, INC., | |
| Defendant. | |

On August 2, 2017 the parties filed a joint Stipulation of Voluntary Dismissal With Prejudice, ECF No. 38. The parties aver that all claims brought by named Plaintiff Ondra Mbazomo are dismissed with prejudice, that class claims are dismissed without prejudice, and that each party shall bear their own fees and costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court accepts and enters the stipulation.

//
//
//
//
//
//
//

**ORDER ACCEPTING STIPULATION AND CLOSING CASE ^ 1**

ACCORDINGLY, IT IS ORDERED THAT:

1. The parties' Stipulation of Voluntary Dismissal With Prejudice, ECF No. 38, is **ACCEPTED** and **ENTERED** into the record.

2. All claims brought by named Plaintiff Ondra Mbazomo are **DISMISSED WITH PREJUDICE**.

3. All claims belonging to putative class members are **DISMISSED WITHOUT PREJUDICE**.

4. Except as otherwise provided by written agreement, each party shall bear its own costs and fees.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to **FILE** this Order, **PROVIDE** copies to counsel, and **CLOSE** the case.

**DATED** this 3rd day of August, 2017.


Stanley A. Bastian
United States District Judge

**ORDER ACCEPTING STIPULATION AND CLOSING CASE ^ 2**